UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND JAMES & ASSOCIATES, INC.<br><br>Plaintiff,<br><br>-against-<br><br>ORAMED PHARMACEUTICALS INC.,<br><br>Defendant. | No. 20 cv 3028 (PKC)<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION |

**THIS MATTER,** having been brought before the Court by Plaintiff Raymond James & Associates, Inc., ("Raymond James") by its undersigned attorneys, for consideration of their Motion for Preliminary and Permanent Injunction and Declaratory Judgment pursuant to Federal Rules of Civil Procedure 57 and 65 and U.S.C § 2201 to enjoin Pharmaceuticals Inc. ("Oramed") from arbitrating its claims against Raymond James before the Financial Industry Regulatory Authority ("FINRA") dispute resolution forum in a case entitled *Oramed Pharmaceutical, Inc. v. Raymond James & Associates, Inc.*, FINRA Case No. 20-00414; *and defendant having stated its consent to the motion (Doc. 16)*

**IT IS** on this ___6th___ day of ___May___, 2020,

**ORDERED** that:

1. All arbitration proceedings concerning *Oramed Pharmaceutical, Inc. v. Raymond James & Associates, Inc.*, FINRA Case No. 20-00414 are dismissed;

2. Oramed is preliminarily and permanently enjoined from further proceedings in *Oramed Pharmaceutical, Inc. v. Raymond James & Associates, Inc.*, FINRA Case No. 20-00414;

3. The claims contained in Oramed's Statement Claim are not arbitrable;

4. All actions concerning the parties' agreement at dispute must be litigated in a court of law and;

5. ~~Raymond James is awarded~~ (The imposition of any) its costs for filing this suit, shall await Final Judgment.
6. The bond is waived.
7. The Clerk shall terminate the motion (Doc 8).

_____, U.S.D.J.

New York, NY.
May 6, 2020
     8:56 a.m.

-2-